■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SYLVESTER JACKSON, Appellant.

Contrary to defendant's contentions on appeal, the evidence, when viewed in the light most favorable to the prosecutor, supports the guilty verdict (*see, People v Contes,* 60 NY2d 620). We further find no merit to defendant's claim that his sentence was excessive. Mangano, J. P., Gibbons, Bracken and Niehoff, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OLIVER JOHNSON, JR., Appellant.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Titone, J. P., Lazer, Niehoff and Rubin, JJ., concur.